ANTONIO ARAMBULA V. THE STATE.

No. 19321. Delivered January 19, 1938.

The opinion states the case.

*W. W. Tupper*, of San Angelo, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—Conviction for assault with intent to murder; punishment, two years confinement in the penitentiary.

The appeal bond in this cause is fatally defective in that it nowhere therein recites that the appellant has been "convicted of a felony," as provided by Art. 817, C. C. P., 1925. This failure will result in a dismissal of the appeal. See Jones v. State, 9 S. W. (2d) 347; Griffin v. State, 51 S. W. (2d) 593; Hendricks v. State, 55 S. W. (2d) 839.

Accordingly the appeal is dismissed.

*Dismissed.*